# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **FRANK E. WILLARD, III,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CASE NO. CIV-14-1028-C |
| **CACTUS DRILLING CO., LLC,** | ) ) ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, Plaintiff, Frank E. Willard, III, and Defendant, Cactus Drilling Co., LLC, and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all claims in the above styled and numbered case are dismissed with prejudice. Each party will bear their respective costs and attorney's fees.

Respectfully submitted this 31st day of March, 2015.

*s/ Jana B. Leonard*
Jana B. Leonard, OBA # 17844
Emily Van Volkinburg, OBA # 31744
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:    405-239-3801
leonardjb@leonardlaw.net
emilyv@leonardlaw.net

*Attorneys for Plaintiff*

*s/Tony G. Puckett*
Tony G. Puckett, OBA #13336
Joshua A. Cline, OBA #30047
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
tony.puckett@mcafeetaft.com
josh.cline@mcafeetaft.com

and

Paul DeMuro, OBA #17605
Frederic Dorwart, Lawyers
124 E. 4th St.
Tulsa, OK 74103
pdemuro@fdlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECG registrants:

Jana B. Leonard
Emily Van Volkinburg
LEONARD & ASSOCIATES, PLLC
8265 S. Walker
Oklahoma City, OK 73139
leonardjb@leonardlaw.net
emilyv@leonardlaw.net

*s/ Tony G. Puckett*
Tony G. Puckett